### UNITED STATES of America, Plaintiff–Appellee,

v.

### Israel RUBIN, as President of I.D. Enterprises, Inc.; I.D. Enterprises, Inc., Defendants–Appellants.

No. 94–55627.

United States Court of Appeals, Ninth Circuit.

July 25, 1996..

Before: FLETCHER, CANBY, Jr. and HAWKINS, Circuit Judges

## ORDER

The petition for rehearing of this appeal is granted. The opinion filed March 5, 1996 at Slip op. 2067, 79 F.3d 109 (1996) is withdrawn. A new disposition will be filed in due course.

HAWKINS, Circuit Judge, would deny the petition for rehearing.